No. 425, Misc. BURFORD *v.* DAUGHERTY, U. S. DISTRICT JUDGE, ET AL. Motion for leave to file petition for writ of mandamus and/or prohibition denied. *Charles R. Nesbitt* on the motion. *Irvine E. Ungerman* for respondent Stuart et al. in opposition.

No. 529, Misc. TRUESDALE *v.* CHIEF JUDGE, U. S. DISTRICT COURT. Motion for leave to file petition for writ of mandamus denied. *Clement Theodore Cooper* on the motion. *Acting Solicitor General Spritzer* filed a memorandum in opposition.

No. 416. FLAST ET AL. *v.* GARDNER, SECRETARY OF HEALTH, EDUCATION, AND WELFARE, ET AL. Appeal from D. C. S. D. N. Y. Motion of National Council of Churches for leave to file brief, as *amicus curiae,* granted. Probable jurisdiction noted. *Norman Dorsen* and *Charles H. Tuttle* on the motion. *Leo Pfeffer* and *Joseph B. Robison* for appellants. *Acting Solicitor General Spritzer* for respondents.

No. 127. READING Co. *v.* BROWN, TRUSTEE IN BANKRUPTCY, ET AL. C. A. 3d Cir. Certiorari granted. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Thomas Raeburn White, Jr.,* for petitioner. *Owen B. Rhoads* for Brown, and *Solicitor General Marshall, Assistant Attorney General Rogovin, Crombie J. D. Garrett* and *Edward Lee Rogers* for the United States, respondents.